IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TRIANGLE RESIDENTIAL DESIGNS,<br><br>Plaintiff,<br><br>v.<br><br>DUKES PROPERTIES & CONSTRUCTION, LLC<br><br>Defendant. | **Civil Action No. _________**<br><br>**COMPLAINT** |

Plaintiff, Triangle Residential Designs, by and through its undersigned counsel, complains of Defendant Dukes Properties & Construction, LLC, as follows:

## INTRODUCTION

1. Triangle Residential Designs ("TRD") is a family-owned and operated residential design firm which has been doing business in the Raleigh-Durham area for over 38 years. Its services include, but are not limited to, custom home design, stock home plan library, stock plan modifications, home additions and renovations, 3D visualization, and plan engineering.

2. TRD holds valid copyrights in all of its plans. Specifically, TRD's work, titled "Plan #2470 Marietta Court Duplex" (the "Marietta Plans") is at issue in this case. The Marietta Plans were designed by TRD's owner and lead designer, David Bennett.

3. Defendant Dukes Properties & Construction, LLC ("Dukes") expressed interest in using the Marietta Plans in constructing its own duplex. However, talks between TRD and Dukes never progressed past preliminary discussions.

4. Plaintiff would later come to find out Dukes copied the Marietta Plans and removed Plaintiff's copyright management information from the work to conceal its infringement and subsequently profited off its misdoings.

## PARTIES

5. Plaintiff, Triangle Residential Designs, is a sole proprietorship owned by David Bennett. Its principal office is 405 South Lakeside Drive, Raleigh, North Carolina 27606.

6. Dukes Properties & Construction, LLC is a North Carolina limited-liability company. Its principal office is 3803 Junction Blvd, Raleigh, North Carolina 27603.

## JURISDICTION AND VENUE

7. This Court has federal subject matter jurisdiction over this case under 28 U.S.C. § 1331 and 28 U.S.C. § 1338.

8. Venue is proper in this judicial district under 28 U.S.C. § 1391(b). Defendant resides in this judicial district, a substantial part of the events or omissions giving rise to the claims alleged in this Complaint occurred in this judicial district, and Defendant's principal place of business is within this district.

## STATEMENT OF FACTS

9. In or around September 2022, TRD was commissioned by Shawn Donovan of Concept 8, LLC, a commercial property builder, to create duplex architectural plans (the "Marietta Plans"). These Marietta Plans were finalized on or around September 26, 2022.

10. TRD's copyright in the Marietta Plans, titled "Plan #2470 Marietta Court Duplex," is registered under U.S. Copyright Registration Number VA 2-432-333. A true and accurate copy of the Marietta Plans and its corresponding copyright registration are attached hereto as Exhibit A.

11. Mr. Donovan was pleased with TRD's Plans, and recommended TRD's services to Chris Mondragon, a superintendent for Dukes who had expressed interest in constructing duplexes. As part of his recommendation, Mr. Donovan provided Mr. Mondragon with a copy of the Marietta Plans.

12. Mr. Bennett (on behalf of TRD) and Dukes communicated via email regarding the Marietta Plans. Mr. Bennett finalized a proposal on or around November 29, 2022.

13. Despite these preliminary conversations, TRD and Dukes never entered into an agreement, and TRD never authorized use of the Marietta Plans.

14. In or around November 2023, it was brought to Mr. Bennett's attention that Dukes built a duplex using copies of the Marietta Plans, located at 2232 Sheffield Rd, Raleigh, North Carolina 27610.

15. What is more, Dukes profited off of its use of the Marietta Plans. Upon information and belief, on or around July 2, 2024, 2232 Sheffield Rd, Unit #101 sold for $660,000; on or around August 2, 2024, 2232 Sheffield Rd, Unit #102 sold for $650,000.

16. Mr. Bennett obtained a copy of the plans used to build the Sheffield Rd duplex (the "Sheffield Plans") from the City of Raleigh. A true and accurate copy of the Sheffield Plans are attached hereto as Exhibit B.

17. The Sheffield Plans are strikingly similar to the Marietta Plans. In fact, every aspect of the Sheffield Plans is a near identical match to the Marietta Plans. (*Compare* Ex. B *with* Ex. A.)

18. In addition to using Plaintiff's copyrighted Marietta Plans, Dukes removed Plaintiffs' copyright notice from the footer of each page of the detail sheets of the Marietta Plans.

19. Dukes has profited through its unauthorized use of TRD's copyrighted work.

**COUNT I**
**Copyright Infringement**

**17 U.S.C. § 501**

20. Plaintiff incorporates herein the preceding allegations.

21. Plaintiff owns the copyright entitled "Plan #2470 Marietta Court Duplex."

22. This copyright is registered with the United States Copyright Office, bearing the Registration Number VA 2-432-333. A copy of the registration and the accompanying work is attached hereto at Exhibit A.

23. This work is an original and expressive creation of Plaintiff's, incorporating a unique floorplan and selection and arrangement of rooms, windows, doors and closets, as well as massings, dimensions, and arrangement of elements.

24. Defendant copies the original expression of Plaintiff's work, including the choice of font, labels, and notes in the margins of the renderings of the exterior wall sections, deck attachments, stair framing, and girder details. (Ex. B.)

25. Defendant had access to Plaintiff's work through its discussions with Mr. Donovan, and Defendant's copy is nearly identical and a slavish reproduction of Plaintiff's original.

26. Defendant did not have permission to reproduce Plaintiff's work or create derivative works of Plaintiff's work.

27. Defendant's infringement has violated Plaintiff's copyright in the Plan #2470 Marietta Court Duplex.

**COUNT II**
**Removal and Alteration of Copyright Management Information**
**17 U.S.C. § 1202**

28. Plaintiff incorporates herein the preceding allegations.

29. Plaintiff's Plan #2470 Marietta Court Duplex work contains copyright management information in the footer of each page of the plans. The plans contain eight pages with the copyright management information.

30. The copyright management information contains the year of publication of the work, 2022, and the name of the copyright owner of the work, Triangle Residential Designs.

31. Defendant made a copy of Plaintiff's work including its floorplans and labels and notes in the margins.

32. Defendant did not have permission or license to use Plaintiff's floorplans and labels and notes in the margins.

33. Defendant removed the copyright management information in the footer of the detail sheets of the plans.

34. Defendant intentionally removed Plaintiff's copyright management information and distributed copies of Plaintiff's copyrighted work, knowing that the copyright management information had been removed. Defendant did this knowing that it would enable Defendant to conceal its infringement of Plaintiff's copyrighted work.

35. Plaintiff has suffered damages for each page of the Plan #2470 Marietta Court Duplex work that Defendant used the floorplans and labels and notes in the margins and intentionally removed and altered Plaintiff's copyright management information.

36. Plaintiff is entitled to statutory damages under 17 U.S.C. § 1203(c)(3)(B).

**PRAYER FOR RELIEF**

Plaintiff respectfully requests this Court enter judgment against Defendant and provide Plaintiff with the following relief:

A. That this Court award all appropriate damages, including actual and nominal damages, for Defendant's copyright infringement and removal and alteration of copyright management information;

B. That this Court disgorge Defendant of all ill-gotten gains through its copyright infringement and removal and alteration of copyright management information;

C. That this Court award statutory damages per copyright violation, pursuant to 17 U.S.C. § 1203(c)(3)(B);

D. That this Court award Plaintiff the costs and expenses of this action, including reasonable attorneys' fees and costs, pursuant to 15 U.S.C. §1117(a); 17 U.S.C. 1203(b)(5); and

E. That this Court grant any other relief that it deems equitable and just in the circumstances.

Dated this the 3rd day of November 2026.

Respectfully submitted,

*/s/Anthony J. Biller*
Anthony J. Biller
NC State Bar No. 24,117
Sophia M. Vouvalis
NC State Bar No. 62,730
Envisage Law
PO Box 30099
Raleigh, NC 27622
Telephone: 919.268.8998
Facsimile: 984.212.5164
Email: ajbiller@envisage.law
Email: svouvalis@envisage.law